IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Wells Fargo Advisors, LLC,

        Plaintiff(s),

vs.

Thomas S. Widener,

        Defendant(s).

Case Number: 1:11cv163

Chief Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on November 9, 2011 (Doc. 10), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 28, 2011, hereby ADOPTS said Report and Recommendation.

Accordingly, Petitioner Wells Fargo's Application to Summarily Confirm Arbitration Award and for Judgment (Doc. 1) is **GRANTED.**

Pursuant to 9 U.S.C. § 13, judgment is entered in favor of petitioner as follows:

    1. Respondent is to pay the full arbitration award of $196,894.42 (representing $151,114.54 in compensatory damages, $22,507.79 in interest, $15,077.50 in attorneys; fees and $8,194.59 in costs) to petitioner.

    2. Respondent is to pay accruing interest in the rate of 4% per annum, or $21.48 per day from March 16, 2010 until the date of payment.

Respondent Widener's motion to dismiss (Doc. 6) is **DENIED.**

Petitioner Wells Fargo's request for attorneys' fees and costs associated with bringing this action is **DENIED.**

IT IS SO ORDERED.

        ___s/Susan J. Dlott_____
        Chief Judge Susan J. Dlott
        United States District Court